| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Alex E. Jones <br> Kohrman Jackson Krantz <br> 1375 East Ninth Street, 29th Floor, Cleveland, OH 44114 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (216) 386-0209 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*: amw@kjk.com | |
| ATTORNEY FOR *(Name)*: : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 801 WEST SUPERIOR AVENUE | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: CLEVELAND, OH 44113 | |
| BRANCH NAME: FOR THE NORTHERN DISTRICT OF OHIO | |

| PLAINTIFF: BUON VINO MANUFACTURING INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: LUKAS OSTROWSKI D/B/A RICHMOND WINERY A/K/A UBREW USA | 1:21-cv-02268 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 1:21-cv-02268 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Complaint (Jury Demand Endorsed Herein),Exhibit A,Exhibit B,**

| | |
|---|---|
| PARTY SERVED: | **Lukas Ostrowski d/b/a Richmond Winery a/k/a UBREW USA** |
| PERSON SERVED: | **refused to provide his name - Authorized to accept documents** |
| DATE & TIME OF DELIVERY: | **12/20/2021** <br> **2:30 PM** |
| ADDRESS, CITY, AND STATE: | **647 Wellington Road S.** <br> **London, Ontario N6C 4R4,** |

MANNER OF SERVICE:
  Personal Service - By personally delivering copies.

WITNESS FEES:
  **Were offered or demanded and paid: $ .00.**

Fee for Service: **$ 750.00**
  County:
  Registration No.:
  **PROCESS SERVER ONE**
  **555 ANTON BLVD STE 150**
  **COSTA MESA, CA 92626**
  **(855) 545-1303**
  **Ref: 1:21-cv-02268**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 20, 2021**

Signature: *Hala Al Tayyeb*
  **Hala Al Tayyeb**

**PROOF OF SERVICE**     DefaultProof/15871



